IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY, CASE NO.: 3:11-CV-01177-MMH-JBT

Plaintiff,

vs.

LANDSOUTH CONSTRUCTION, LLC,
OCEANSIDE 932 CONDOMINIUM
ASSOCIATION, INC., and
OLD DOMINION INSURANCE CO.,

Defendants,
_______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, CRUM & FORSTER SPECIALTY INSURANCE COMPANY, through undersigned counsel, gives notice of voluntarily dismissing with prejudice this action. Plaintiff represents to the Court on behalf of all parties that a settlement was reached and all parties have agreed to bear their own attorneys' fees and costs in connection with this case.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **June 11, 2012** , I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following: Gary Weisman, Esq., Older Lundy & Weisman, 3014 W Palmira Avenue, Suite 301, Tampa, FL 33629-7204 (gweisman@olwlaw.com); and Steven G. Schwartz, Esq., Schwartz Law Group, 6751 North Federal Highway, Suite 400, Boca Raton, FL 33487 (sgs@theschwartzlawgroup.com).

**TRAUB LIEBERMAN**
**STRAUS & SHREWSBERRY LLP**

BY:____________________________________
LAUREN S. CURTIS, ESQUIRE
FBN: 150940
lcurtis@traublieberman.com
First Central Tower
360 Central Avenue, Suite 1000
St. Petersburg, Florida 33701
Phone: (727) 898-8100 / Fax: (727) 895-4838
Counsel for Crum & Forster Specialty Ins. Co.