**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,

Plaintiff,

v. Case No. 3:11-cv-1177-J-34JBT

LANDSOUTH CONSTRUCTION, LLC,
OCEANSIDE 932 CONDOMINIUM
ASSOCIATION, INC., and OLD
DOMINION INSURANCE CO.,

Defendants.
_______________________________________/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. No. 20; Notice) filed on June 11, 2012. In the Notice, Plaintiff seeks dismissal of this matter with prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice**.

2. The parties shall bear their own attorneys' fees and costs.

3. The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 12th day of June, 2012.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record